IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 3:12cr146-MHT |
| | ) | (WO) |
| | ) | |
| LUQMAN MOORE | ) | |

O R D E R

Upon consideration of the motion for leave to dismiss the indictment filed on August 9, 2012 (doc. no. 27), heretofore filed in the above styled cause, and for good cause shown, the court is of the opinion that the motion should be granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the court that said motion is granted and the indictment is dismissed.

DONE this  16th  day of November , 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on August 9, 2012, in the above styled cause.

Respectfully submitted,

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY


/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280